## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: ROBERT LOYD                    CASE NO: 11-BK-31519

_____

### TRANSMITTAL AND DEPOSIT OF
### UNCLAIMED FUNDS

Now into Court, comes E. Eugene Hastings, Standing Chapter 13 Trustee, who reports the

following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution

was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons

whom such unnegotiated distribution checks were issued, the amount of the check and the

debtor(s)/creditor(s) last known address is as follows:

**NORTH STAR CAPITAL ACQUISITION**
**PO BOX 850**
**C/O ZENITH ACQUISITION CORP**
**AMHERST, NY  14226**

2.

Your Trustee's check for <u>$290.46</u> payable to the Clerk, U.S. Bankruptcy Court, has been

mailed.

Respectfully submitted this 29th day of July, 2015.

/s/ E. Eugene Hastings
_____
E. EUGENE HASTINGS
STANDING TRUSTEE CHAPTER 13
PO BOX 14839
MONROE, LA  71207
(318)651-7733